# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. ROQUE, | Case No. 1:17-cv-00192-SKO |
| Plaintiff, | **ORDER TO AMEND APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | (Doc. 2) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

## ORDER

Plaintiff Michelle L. Roque filed a complaint on February 10, 2017, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application fails to set forth a complete answer to question number 5 regarding the description and value of the "real, estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value" owned by Plaintiff. Therefore, the Court is unable to determine at this time whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 28 days from the date of this order, Plaintiff shall file an amended application to proceed *in forma pauperis* that fully responds to all applicable questions, including question number 5; and

//

//

2. The Clerk of Court is DIRECTED to serve Plaintiff with a copy of this order and a new *in forma pauperis* application form.

IT IS SO ORDERED.

Dated:   **February 14, 2017**                             /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

2