# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. ROQUE,<br><br>          Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | Case No. 1:17-cv-00192-SKO<br><br>**ORDER TO AMEND APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 4) |

**ORDER**

Plaintiff Michelle L. Roque filed a complaint on February 10, 2017, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) On February 15, 2017, the Court ordered Plaintiff to file an amended application to proceed *in forma pauperis* that responded all questions contained on the application form. (Doc. 3.) Plaintiff filed her amended application to proceed *in forma pauperis* on March 17, 2017. (Doc. 4.)

Although Plaintiff's amended application sets forth complete answers to all applicable questions, the declaration made under penalty of perjury certifying that the information is true and correct is not signed by Plaintiff, but is instead signed by Plaintiff's counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days from the date of this order, Plaintiff shall file an amended application to proceed *in forma pauperis* in which <u>Plaintiff</u> declares under penalty of perjury that the information contained therein is true and correct; and

2. The Clerk of Court is DIRECTED to serve Plaintiff with a copy of this order and a new *in forma pauperis* application form.

IT IS SO ORDERED.

Dated:   **March 21, 2017**                               /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE