# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. ROQUE, | Case No. 1:17-cv-00192-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S AMENDED APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **(Doc. 8)** |
| Defendant. | |

Before the Court is Plaintiff's Amended Application to Proceed Without Prepayment of Fees (the "Amended Application"). (Doc. 8.) Plaintiff's Amended Application demonstrates entitlement to proceed without prepayment of fees. (*See id.*)

Accordingly, the Court hereby ORDERS the following:

1. Plaintiff's Amended Application, (Doc. 8), is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this Order upon Defendant as directed by Plaintiff.

//
//
//

Finally, as the Court granted Plaintiff's Amended Application, it DENIES AS MOOT Plaintiff's first Application to Proceed Without Prepayment of Fees. (Doc. 4.)

IT IS SO ORDERED.

Dated:  **April 11, 2017**                                  /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE