# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. ROQUE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant.<br>_____/ | Case No. 1:17-cv-00192-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO SERVE HER CONFIDENTIAL LETTER BRIEF ON DEFENDANT**<br><br>**(Doc. 18)** |

## **ORDER**

On October 3, 2017, the parties filed a "Stipulation to Extend Time for Plaintiff to Serve its Confidential Letter Brief on Defendant" (Doc. 18), fifteen days after Plaintiff's confidential letter brief was to be served.

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, the stipulation demonstrates both good cause (*see* Fed. R. Civ. P. 16(b)(4)) and excusable neglect to support the request for extension of time. Accordingly, the Court GRANTS the parties' stipulated request. **The parties are cautioned, however, that future post hoc request for extensions of time will be viewed with disfavor.**

IT IS SO ORDERED.

Dated: **October 4, 2017**          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE